Nike Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 23-cv-3390

# Schedule A

| Defendant Online Marketplaces | | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | elitejewelryfactory.en.alibaba.com | Dongguan Elite Jewelry Co., Ltd. |
| 2 | canjin.en.alibaba.com | Fujian Quanzhou Canjin Trading Co., Ltd. |
| 3 | fzaipu.en.alibaba.com | Fuzhou Ai Pu Trading Co., Ltd. |
| 4 | twinkleu.en.alibaba.com | Guangzhou Twinkle Jewelry Co., Ltd. |
| 5 | cn1500133557.en.alibaba.com | Susong Maoqin Home Decoration Co., Ltd. |
| 6 | ywyq.en.alibaba.com | Yiwu Yanqin E-Commerce Firm |
| 7 | aliexpress.com/store/1101572471 | Ali_FashionSport Store |
| 8 | aliexpress.com/store/1101947745 | Amy's 001 Store |
| 9 | aliexpress.com/store/1102014875 | cozok-shop Store |
| 10 | aliexpress.com/store/1101769125 | DYou Store |
| 11 | aliexpress.com/store/1101433627 | Fine Zero lifestyle Store |
| 12 | aliexpress.com/store/1101432885 | Fine Zero Official Store |
| 13 | aliexpress.com/store/1100523658 | GCWHFL Official Store |
| 14 | aliexpress.com/store/1100388991 | GILLIESNYI Shoes Store |
| 15 | aliexpress.com/store/1101918229 | JITUUE FAS Store |
| 16 | aliexpress.com/store/1100385682 | Meier-choice Children Steps Store |
| 17 | aliexpress.com/store/1102699822 | MUAYOU Kids Shoes Store |
| 18 | aliexpress.com/store/1101652403 | Plegie Hawaii Store |
| 19 | aliexpress.com/store/1102032232 | QingQi Store |
| 20 | aliexpress.com/store/1101229732 | Runningshoe Store |
| 21 | aliexpress.com/store/1102017022 | Shop1100213181 Store |
| 22 | aliexpress.com/store/1102156477 | Shop1102161550 Store |
| 23 | aliexpress.com/store/1102530815 | Shop1102528759 Store |
| 24 | aliexpress.com/store/1102598193 | Shop1102601185 Store |
| 25 | aliexpress.com/store/1102651534 | Shop1102647662 Store |
| 26 | aliexpress.com/store/1102683428 | Shop1102681529 Store |
| 27 | aliexpress.com/store/1102766386 | Shop1102763428 Store |
| 28 | aliexpress.com/store/1101409916 | Shop3523049 Store |
| 29 | aliexpress.com/store/1101464249 | Trendy Girl's Pumps Store |
| 30 | aliexpress.com/store/1102313064 | Voinsoon Sneaker Drop Shipping Store |
| 31 | aliexpress.com/store/1102626841 | Wortmann Fashion Store |
| 32 | aliexpress.com/store/1101106127 | XL&ZY Store |
| 33 | aliexpress.com/store/1102529773 | Xmtianzhong2021 Store |

| | | |
|---|---|---|
| 34 | aliexpress.com/store/1102528747 | Xmtianzhong2024 Store |
| 35 | aliexpress.com/store/1101022335 | Yilaku Official Store |
| 36 | amazon.com/sp?seller=A13XOQ62KJ4DAO | A13XOQ62KJ4DAO |
| 37 | amazon.com/sp?seller=AKB1Q0K89ZSHF | AKB1Q0K89ZSHF |
| 38 | amazon.com/sp?seller=A2QY9FMYDGA37D | amzyaozhuoyue |
| 39 | amazon.com/sp?seller=A224HRA7ETSSSE | asakn |
| 40 | amazon.com/sp?seller=A2NQ6N6XTJ1ZTM | bdhjbajhsd |
| 41 | amazon.com/sp?seller=AWMU9XP34QEUG | BIGBAG2023 |
| 42 | amazon.com/sp?seller=A2XNKLXBEBKKIG | BinZhouZhuYuTingDianZiShangWuJingYingYouXianGongSi |
| 43 | amazon.com/sp?seller=A3L7NH9N6RMG4 | Boerte |
| 44 | amazon.com/sp?seller=A2Y7YGEVGW6QGA | Breniney |
| 45 | amazon.com/sp?seller=AG1F5Q9365TTO | chenyuanleidedian |
| 46 | amazon.com/sp?seller=A26A700SZ6O1C9 | Ckobyer |
| 47 | amazon.com/sp?seller=A1S7T93EMDYHFX | DJSOERFJEWFGEDFA |
| 48 | amazon.com/sp?seller=A1NCEAZ2QZNTVL | DMCCYYMX-Lanyard |
| 49 | amazon.com/sp?seller=A2OV3XPUPHM2I2 | duchangxianzhahuishangmaoyouxiangon |
| 50 | amazon.com/sp?seller=A3JARXKB3XEWNE | dumanfs |
| 51 | amazon.com/sp?seller=ABYUG5CML54RB | Fast delivery in boutique stores |
| 52 | amazon.com/sp?seller=AHBMC5W3XKTYC | Foshan Yugong Waterproof Material Co., Ltd. |
| 53 | amazon.com/sp?seller=A2EEVJVQDNAA4I | Fredney |
| 54 | amazon.com/sp?seller=A1NSWMUJZZUE8B | fsdawei |
| 55 | amazon.com/sp?seller=A5FCLJP45YUPH | FuSiyuankk |
| 56 | amazon.com/sp?seller=A39LAQ6IJT9IA | Fuyi Sport |
| 57 | amazon.com/sp?seller=A306DI6A7S0VOE | guangzhoudaonaishangmaoyouxiangongsi |
| 58 | amazon.com/sp?seller=AZSBF4MA89TN0 | Haikou Shengao Trading Co., LTD |
| 59 | amazon.com/sp?seller=A2WQXTHLPJGI9S | haikouxiuyinglaishangbaihuodian |
| 60 | amazon.com/sp?seller=AOTTBQOY1BP4E | hangzhoujiangnuanwangluokejiyouxiangongsi |
| 61 | amazon.com/sp?seller=A1O8Z0USEWUBYB | HONGPAPA1 |
| 62 | amazon.com/sp?seller=AW49Z60CY84BQ | JHDKA |
| 63 | amazon.com/sp?seller=A1RPWZPEIHQP6Q | JiNanZeKaiYueDianZiShangMaoYouXianGongSibm |
| 64 | amazon.com/sp?seller=A2N38AQL38BPPW | JinH shop |
| 65 | amazon.com/sp?seller=A2YDXJ9YVSL4K4 | jiujiangsongtaozhangdianzishangwuyouxiangongsi |
| 66 | amazon.com/sp?seller=ADNB8GQ16JHQA | kunmingchenjundianzishangwuyouxiangongsi |
| 67 | amazon.com/sp?seller=A2A2VPDL05UIEF | lijiaozhou JP |
| 68 | amazon.com/sp?seller=AI3DIXCQ3CPH1 | LinTingtingjj |
| 69 | amazon.com/sp?seller=A35JS7Q9ZZTLDG | LITING US |
| 70 | amazon.com/sp?seller=A2TPYSYCQOCN54 | LiuFuCaiLongBSYDIA |

| | | |
|---|---|---|
| 71 | amazon.com/sp?seller=A2LATMMNFCTQB5 | Lucky Laser |
| 72 | amazon.com/sp?seller=A1OO6UCNQ6SRO1 | lumingsong |
| 73 | amazon.com/sp?seller=A5JAEKPB0866I | meidezhongyangkongtiao |
| 74 | amazon.com/sp?seller=A387WARFXVC8S1 | NanChangHeLing |
| 75 | amazon.com/sp?seller=AN65KBDMHH6VD | Onsale Store7-20days delivery) |
| 76 | amazon.com/sp?seller=A2P210IHRKK5ZF | oxid3yxy |
| 77 | amazon.com/sp?seller=A1D82B4SSJ35D9 | PENXZT store |
| 78 | amazon.com/sp?seller=AJGFB3TRGKKZP | Puvowe |
| 79 | amazon.com/sp?seller=A3E1SQM5WUB3RR | Santiny |
| 80 | amazon.com/sp?seller=A1UJ6KCN5203O4 | Select the good |
| 81 | amazon.com/sp?seller=A4ZXPPN4K2C0B | shanxisongqiqingyushangmaoyouxiangongsi |
| 82 | amazon.com/sp?seller=A3SB66QQ5LWIF8 | shihudianzigs |
| 83 | amazon.com/sp?seller=AKN1Y4DGJZI73 | shijingdaya |
| 84 | amazon.com/sp?seller=A1ICBXPJJIACM6 | sixintongxin |
| 85 | amazon.com/sp?seller=ADD6MMH3U8I42 | SkyV |
| 86 | amazon.com/sp?seller=A1LYGY69X5L3XN | Taiyuan mengsiyu trade co., ltd |
| 87 | amazon.com/sp?seller=A3PHGQUX3419OM | TanMaoYun YongJi |
| 88 | amazon.com/sp?seller=A3TOCL8DYT23Q6 | taoshen |
| 89 | amazon.com/sp?seller=AS7KIQUL2PWE9 | Taoyouji |
| 90 | amazon.com/sp?seller=A10EZW8ISIRQ3R | Thcbme |
| 91 | amazon.com/sp?seller=A2QR52G3HX21TV | Toy-games |
| 92 | amazon.com/sp?seller=A8795LKT7Q0ID | Urbango |
| 93 | amazon.com/sp?seller=A3CV6QGVC5EKS3 | WALLDOR |
| 94 | amazon.com/sp?seller=A1HU9ZJOUDOYR4 | WangJiNanZiHan |
| 95 | amazon.com/sp?seller=A38CMM7FN2Y0UX | WenJiaPengxiaodian |
| 96 | amazon.com/sp?seller=AZ89NYPSFME7P | wwhyw |
| 97 | amazon.com/sp?seller=A12JZZZKJ8YSBW | xiaokalemi |
| 98 | amazon.com/sp?seller=AU8FJ1COHZTQ7 | XYGYYDS |
| 99 | amazon.com/sp?seller=A3IQ84IZQF06VE | YaMiStore |
| 100 | amazon.com/sp?seller=A8MEZ4QC3P8AM | yangquanlongxinshangmaoyouxiangongsi |
| 101 | amazon.com/sp?seller=ADGC8CAUJZQBH | Yaohome |
| 102 | amazon.com/sp?seller=A7XI9WTZS8NE5 | yichangcunyushangmaoyougiangongsi |
| 103 | amazon.com/sp?seller=AEPCIUIYAGN56 | yuyimaoyi-US |
| 104 | amazon.com/sp?seller=A22320KRRL29P6 | YXWangZhiLin |
| 105 | amazon.com/sp?seller=AKPE7P8MBIRKC | ZGG Stor. |
| 106 | amazon.com/sp?seller=A2EEEEIUMRJJLE | zhangyiwendedianpu |
| 107 | amazon.com/sp?seller=A97UDRXUX9ZB | ZhaoXiongfeidhgd |
| 108 | amazon.com/sp?seller=A15B80OCD8IAGI | zhijiangshishunlvjianshangmaoyouxiangongsi |

| | | |
|---|---|---|
| 109 | amazon.com/sp?seller=A2HV3GQAEY8M1W | ZhouChangShouXiaoDian |
| 110 | ebay.com/usr/bysq1-73 | bysq1-73 |
| 111 | ebay.com/usr/goodwang | goodwang |
| 112 | ebay.com/usr/hujndt | hujndt |
| 113 | ebay.com/usr/jj8888-1 | jj8888-1 |
| 114 | ebay.com/usr/qingqingfushi1 | qingqingfushi1 |
| 115 | ebay.com/usr/quilt-cover-seller | quilt-cover-seller |
| 116 | ebay.com/str/rhoc7165 | rhoc7165 |
| 117 | ebay.com/str/shoes_workshop_de | shoes_workshop_de |
| 118 | ebay.com/usr/t61c_21 | t61c_21 |
| 119 | ebay.com/usr/upout00 | upout00 |
| 120 | ebay.com/str/wang_fashion | wang_fashion |
| 121 | instagram.com/airmax0049/ | airmax0049 |
| 122 | instagram.com/allf.orderika9/ | allf.orderika9 |
| 123 | instagram.com/amoybuywendy.kicks/ | amoybuywendy.kicks |
| 124 | instagram.com/china_purchasing_agent/ | china_purchasing_agent |
| 125 | instagram.com/coco19880120/ | coco19880120 |
| 126 | instagram.com/factory_offwhite1/?hl=en | factory_offwhite1 |
| 127 | instagram.com/gowestlin/ | gowestlin |
| 128 | instagram.com/guijieweng/ | guijieweng |
| 129 | instagram.com/henry0785913/?hl=undefined | henry0785913 |
| 130 | instagram.com/johna_shoes/ | johna_shoes |
| 131 | instagram.com/jordan59yeezy/?hl=en | jordan59yeezy |
| 132 | instagram.com/kidd34521/ | kidd34521 |
| 133 | instagram.com/lifazhan8/ | lifazhan8 |
| 134 | instagram.com/lingdian_trading/ | lingdian_trading |
| 135 | instagram.com/minmin00058_sneakers/?hl=en | minmin00058_sneakers |
| 136 | instagram.com/misszhuang2021/ | misszhuang2021 |
| 137 | instagram.com/nicekicks0023/ | nicekicks0023 |
| 138 | instagram.com/sellallkindsofshoes/?hl=en | sellallkindsofshoes |
| 139 | instagram.com/sh.oes8092/ | sh.oes8092 |
| 140 | instagram.com/sneakerstockevelyn/ | sneakerstockevelyn |
| 141 | instagram.com/susanphillipsmxlkxnabak/ | susanphillipsmxlkxnabak |
| 142 | instagram.com/toptrade.company/ | toptrade.company |
| 143 | instagram.com/vipforshoes/ | vipforshoes |
| 144 | instagram.com/weida.vip1/ | weida.vip1 |
| 145 | instagram.com/za.patos599/ | za.patos599 |
| 146 | tiktok.com/@fashionshoeswhosale | fashionshoeswhosale |
| 147 | tiktok.com/@gmf_topfactory | gmf_topfactory |

| 148 | tiktok.com/@marlong988?lang=en | marlong988 |
|---|---|---|
| 149 | tiktok.com/@user198907081752 | user198907081752 |
| 150 | walmart.com/seller/101290392 | Z-Z-zero |
| 151 | fashionreps.vip | fashionreps.vip |
| 152 | jordanperfect.com | jordanperfect.com |
| 153 | mangomeee.com | mangomeee.com |
| 154 | songsneaker.com | songsneaker.com |
| 155 | wish.com/merchant/60c470a531a33d0d90e3e464 | zhangxiukai6703 |
| 156 | wish.com/merchant/61a3509df5f8f1565fc81611 | zhulibang9730 |